# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ERIC CHRISTOPHER MARTIN, JR., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV423-174 |
| CHATHAM COUNTY SHERIFFS OFFICE, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court previously stayed all deadlines in this case pending the Honorable J. Randall Hall's disposition of the recommendation to consolidate Martin's remaining case into this one. *See* doc. 28 at 1 (citing *Martin v. Welcher*, CV423-235, doc. 5 (S.D. Ga. Sept. 19, 2023)). Judge Hall has adopted that recommendation and closed Martin's other case. *See* CV423-235, doc. 8 (S.D. Ga. Oct. 23, 2023). As indicated in the recommendation that Martin's cases be consolidated, he must file a single consolidated complaint into this case asserting all of his claims. *See* doc. 17 at 3.

1

Accordingly, Martin is **DIRECTED** to submit an Amended Complaint no later than November 17, 2023.  To facilitate his preparation of the Amended Complaint, the Clerk is **DIRECTED** to send him a blank Form Pro Se 14 (Complaint for Violation of Civil Rights (Prisoner)).  Martin is advised that his amended complaint will supersede the current operative complaint and therefore must be complete in itself.  *See Varnes v. Local 91, Glass Bottle Blowers Ass'n of U.S. & Canada*, 674 F.2d 1365, 1370 n. 6 (11th Cir. 1982).  Martin is further advised that failure to timely submit his amended complaint may result in dismissal for failure to obey a court order or failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

Ordinarily, the filing of an amended pleading would trigger the current defendants' obligation to respond.  *See, e.g.,* Fed. R. Civ. P. 15(a)(3).  Given the consolidation of Martin's other cases, whose pleadings were never subject to the screening required under 28 U.S.C. § 1915A, *see generally Martin v. Chatham County Sheriffs Office*, CV423-143 (S.D. Ga. May 26, 2023); *Martin v. Welcher*, CV423-235 (S.D. Ga. Aug. 22, 2023), the Court will screen Martin's Amended Complaint before it will require any defendant to respond to it.  Accordingly, except for the specific direction and deadline for Martin to file his Amended Complaint

provided above, all deadlines in this case, including the deadline to respond to the Amended Complaint pursuant to Rule 15(a)(3), remain **STAYED**. Upon Martin's compliance with the direction above, the Court will screen his Amended Complaint pursuant to 28 U.S.C. § 1915A, and direct service and responsive pleadings as appropriate.

**SO ORDERED,** this 26th day of October, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA